In the Matter of the Claim of ALFRED FAWCETT, Respondent, against LANGENBACHER BROTHERS et al., Appellants.

STATE INDUSTRIAL COMMISSION, Respondent.

*Matter of Fawcett* v. *Langenbacher Brothers*, 181 App. Div. 911, affirmed.

(Argued April 26, 1918; decided May 14, 1918.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the third judicial department, entered November 13, 1917, *unanimously* affirming an award of the state industrial commission made under the Workmen's Compensation Law. Claimant sustained an injury while in the employ of defendant Lagenbacher Brothers, resulting in the loss of the use of his left hand. He was awarded compensation payable

bi-weekly. Thereafter the state industrial commission decided that the bi-weekly payments should be discontinued, and that the future installments of compensation due the claimant should be paid to him in one lump sum. The validity of this latter order is the question involved on this appeal.

*Frederick Mellor* for appellants.

*Merton E. Lewis*, Attorney-General (*E. C. Aiken* of counsel), for respondents.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, CUDDEBACK, HOGAN, CARDOZO and McLAUGHLIN, JJ.